UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Renee Andrews v. Bayer Corporation, et al.* | No. 3:10-cv-11191-DRH |
| *Julie Ashley v. Bayer Corporation, et al.* | No. 3:11-cv-13420-DRH |
| *Madeleine (Pilchard) Batson v. Bayer Corporation, et al* | No. 3:11-cv-13234-DRH |
| *Sandria Baxter v. Bayer Corporation, et al.* | No. 3:10-cv-12961-DRH |
| *Molly Bogits v. Bayer Corporation, et al.* | No. 3:11-cv-11731-DRH |
| *Leah A. Brown, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-11690-DRH |
| *Cathy Bussy, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-10060-DRH |
| *James Hass, Administrator for the Estate Kelli L. Haas v. Bayer Corporation, et al.* | No. 3:11-cv-13470-DRH |
| *Kimberly Henley, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-12962-DRH |
| *Heather M. Mulikey v. Bayer Corporation, et al.* | No. 3:09-cv-10194-DRH |
| *Monica Sexton v. Bayer Corporation, et al.* | No. 3:10-cv-10343-DRH |
| *Superior Tyler v. Bayer Pharmaceuticals Corporation, et al.* | No. 3:11-cv-10298-DRH |

*Michelle Zapatka-Reid v. Bayer Corporation, et al.*     No. 3:11-cv-10331-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 20, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:  /s/*Sara Jennings***
**Deputy Clerk**

Dated: November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 08:31:58 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT